In re TRUSTEE OF SUPREME COURT LIBRARY AT BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) In the matter of the appointment of a trustee of the Supreme Court Library at Buffalo to fill the vacancy caused by the death of William B. Hoyt. Mr. Charles Diebold, Jr., a lawyer of Buffalo, appointed to fill the vacancy. See, also, 152 N. Y. Supp. 1146.

TUCKER v. TUCKER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Marguerite P. Tucker against John F. Tucker. No opinion. Motion granted. Settle order on notice.

TURNER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Charles H. Turner against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See, also, 153 N. Y. Supp. 281.

UNITED PAPERBOARD CO., Respondent, v. STANDARD FIBRE BASKET CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the United Paperboard Company, Incorporated, against the Standard Fibre Basket Company. G. T. Lynn, of Rochester, for appellant. J. M. Herzberg, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

UNITED STATES TITLE GUARANTY CO., Respondent, v. SPERRY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the United States Title Guaranty Company against Howard A. Sperry. No opinion. Application granted, and case set down for September 28, 1915. See, also, 153 N. Y. Supp. 1148.

VALENTINE, Appellant, v. SCHMIDT et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Lincoln G. Valentine against Charles Schmidt and others. S. M. Kohn, of New York City, for appellant. A. Furber, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

VALENTINE v. SMITH, ANGEVINE & CO., Inc., et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Mike Valentine, claimant, against Smith, Angevine & Co., Incorporated, employer, and another, insurer. No opinion. Motion granted. See, also, 153 N. Y. Supp. 505.

VAN BLARICOM, Respondent, v. DODGSON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Phœbe A. Van Blaricom, as administratrix, etc., against Frank L. Dodgson, impleaded with others.

PER CURIAM. Judgment and order reversed, and complaint dismissed, as to the appellant, Frank L. Dodgson, with costs, including costs of this appeal. See Heissenbuttel v. Meagher, 162 App. Div. 752; 147 N. Y. Supp. 1087.

LAMBERT, J., dissents.

VAN BROCHLIN v. VAN ALLMEN et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Alice M. Van Brochlin, as administratrix, etc., of Ira D. Rose, deceased, against Helene Rose Van Allmen, Jeremiah Wood, as committee of the person of Helene Rose Van Allmen, an adjudged incompetent, respondents, and Camille Fumo, appellant. No opinion. Judgment unanimously affirmed, with costs.

In re VAN NEST. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Charles M. Van Nest, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GAS LIGHT CO., et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by the Village of Fredonia against the Fredonia Natural Gas Light Company and others.

PER CURIAM. This appeal having been transferred to the Appellate Division, Third Department, because of the equal division of the justices of this court qualified to sit in the appeal, and the Third Department having remitted the appeal to this court for further action because of the disqualification of one of the justices of that department, the appeal is transferred to the Appellate Division, Second Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure and the stipulation of the parties filed. See also, 152 N. Y. Supp. 1147.

LAMBERT, J., not sitting.

VILLAGE OF PORT DICKINSON, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by the Village of Port Dickinson against George A. Fish. No opinion. Motion denied. See, also, 154 N. Y. Supp. 698.

In re VILLAGE OF SOUTH DAYTON, CATTARAUGUS COUNTY. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) In the matter of the Proposed Incorporation of the Village of South Dayton, Cattaraugus County. No opinion. Order affirmed, without costs. See Village Law (Consol. Laws, c. 64) § 18.